AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-00262 |
| Bryan Shawn Smith | ) | Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) | Assign. Date : 11/30/2022 |
| | ) | Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the Jurisdiciton   in the District of   Columbia  , the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 231(a)(3) - (Civil Disorder)
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A)-(Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building)

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Issuing Officer's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   ~~11/22/2022~~  11/30/2022

*Judge's signature*

City and state:   Washington, D.C.   Honorable Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE