UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CASE NO.: **23-cr-71 (RDM)**

Bryan Smith,

        Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant's counsel, and files this Motion to Withdraw and states the following grounds:

### GROUNDS

1. Under Local Rule LCrR 44.5(d), the undersigned counsel requests leave to withdraw due to the Mr. Smith's utter failure to communicate at all with counsel for the past three weeks; Mr. Smith has been incommunicado. Under the D.C. Rules of Professional Conduct, 1.16(3), by not communicating back with counsel, Mr. Smith has "fail[ed] [to] substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Thus, since he is incommunicado, counsel cannot continue to represent Mr. Smith because it will result in counsel violating the rules of professional conduct; that is, counsel cannot abide by D.C. Rule of Professional Conduct 1.2(a) that states:

> (a) A lawyer shall abide by a client's decisions concerning the objectives of representation, subject to paragraphs (c), (d), and (e), and shall consult with the client as to the means by which they are to be pursued

In sum, counsel must speak to him to prepare for trial and about his case; the sudden radio silence between counsel and Mr. Smith renders further representation impossible.

2. Counsel has repeatedly emailed, called, and texted Mr. Smith for the past three weeks to no avail. He has not responded at all. Previously, there has been no issue with Mr. Smith promptly responding back to counsel.

3. On September 21, 2023, Counsel fedex'd overnight a letter imploring him to contact counsel immediately. The letter was confirmed to have been left at Mr. Smith's residence in Alabama the next day. Counsel can provide proof of the fedex letter arriving at Mr. Smith's house as there is picture confirmation by providing to the Court or filing it by seal.

4. On September 23, 2023, counsel contacted a person who knows Mr. Smith and told her of the situation. On September 24, 2023, the person told counsel she spoke to Mr. Smith, and that he said he would contact counsel immediately. However, Mr. Smith failed to do so. Counsel then sent a final email last night stating he would withdraw if he did not hear from him by today.

5. Counsel's withdrawal will not unduly delay the trial of this case and will not be unfairly prejudicial to any party. Further, counsel's withdrawal is not contrary to the interests of justice. The trial date of November 7, 2023, is the first date that has been scheduled. There have been no continuances of a previous trial date.

6. Counsel contacted AUSA C. Howard for the Government's position. She stated the Government opposes the motion, and requests the matter be set for a status conference hearing where the Court can advise Mr. Smith to communicate with counsel.

WHEREFORE, counsel respectfully moves this District Court to allow him to withdraw from representing the Defendant as detailed above, or alternatively for an immediate status conference.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, and served upon all parties of record, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this September 25, 2023, and counsel certifies he will serve this motion by U.S. mail and email to the Defendant Bryan Smith.

/s/Aubrey Webb