**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 23-cr-71 (RDM)** |
| | **:** | |
| **Bryan Shawn Smith,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S REQUEST FOR IMMEDIATE STATUS CONFERENCE**

The United States of America, by and through its attorneys, respectfully requests a status conference in the above captioned case at the earliest available date.

The defendant previously elected to proceed pro se in his upcoming trial which is set to begin on April 5, 2024, a little less than four weeks from the date of this filing. In recent weeks, the defendant has failed to respond to any correspondence or email communications from the Government regarding discovery disclosures, a superseding indictment, court filings, and other logistical matters. Additionally, the defendant failed to respond to an email from this Court on March 6, 2024, concerning an arraignment on the superseding indictment which was returned on March 6, 2024. In fact, since at least January 23, 2024, the defendant has failed to respond to any communication by the Government. On March 7, 2024, the defendant's stand-by counsel advised the defendant, via email, that it was imperative that he respond to the Court concerning his arraignment and to the Government concerning recent discovery. The defendant has failed to follow this guidance. Therefore, the government respectfully requests a status conference at the earliest available date to address the defendant's readiness for trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Eli J. Ross*
ELI J. ROSS
Assistant United States Attorney
Illinois Bar Number 6321411
U.S. Attorney's Office for the District of
Columbia
601 D Street, NW Washington, D.C. 20001
(202) 297-1515
Eli.Ross@usdoj.gov

*/s/ Sara E. Levine*
SARA E. LEVINE
Assistant United States Attorney
VA Bar No. 98972
U.S. Attorney's Office for the District of
Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-1793
Sara.levine@usdoj.gov