## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CASE NO.: 1-23-CR-71 |
| BRYAN SMITH § § § | |

### NOTICE OF ATTORNEY APPEARANCE

NOW COMES, Anthony F. Sabatini, and enters appearance as counsel for the Defendant in the above styled cause.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini