UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO.: 1-23-CR-71 |
| § | |
| BRYAN SMITH § | |
| § | |

### MOTION FOR CONTINUANCE OF TRIAL

COMES NOW Defendant, by and through his undersigned attorney, and hereby files his Motion for Continuance of Trial, and in support of the same respectfully states:

I.

Defendant's Counsel requests a continuance of the Trial, currently set for April 5, 2024.  Defendant's Counsel entered an appearance on this case on March 29, 2024 and needs time for investigation, motions, review of discovery, review of relevant video, locating witnesses, and preparation for trial.  Defendant requests a **90 day continuance**.  This Motion is not solely made for the purpose of delay, but so that justice may be served.

WHEREFORE, Defendant prays that this Court enter an Order granting this Motion.

    Respectfully submitted.

    /s/ ANTHONY F. SABATINI
    FL Bar No. 1018163
    anthony@sabatinilegal.com
    SABATINI LAW FIRM, P.A.
    411 N DONNELLY ST, STE #313
    MOUNT DORA, FL 32757
    T: (352)-455-2928
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini