UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:23-CR00071-RDM** |
| v. | : | |
| | : | |
| **BRYAN SHAWN SMITH,** | : | |
| | : | |
| Defendant. | : | |

NOTICE REGARDING COUNT TWO OF THE SUPERSEDING INDICTMENT

The government provides notice that, at trial, it will not proceed under a theory that the defendant inflicted bodily injury on officers, in violation of Title 18, United States Code, Sections 111(a)(1), 111(b), and 2, as charged in Count Two of the Superseding Indictment. Instead, the government will pursue the lesser offense, which is charged in the Superseding Indictment, and which alleges that the defendant assaulted, resisted, opposed, intimidated, or interfered with an officer, and that the defendant's conduct involved physical contact or the intent to commit another felony, in violation of Title 18, United States Code, Section 111(a)(1) and 2.

                                                      Respectfully submitted,
                                                      MATTHEW M. GRAVES
                                                      United States Attorney
                                                      DC Bar No. 481052

By:      /s/ *Eli J. Ross*
           Eli J. Ross
           Assistant United States Attorney
           IL Bar No. 6321411
           U.S. Attorney's Office for the District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           Phone: (202) 297-1515
           Email: Eli.Ross@usdoj.gov

           /s/ *Sara Levine*
           Sara E. Levine
           Assistant United States Attorney
           VA Bar No. 98972
           U.S. Attorney's Office for the District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           Phone: (202) 252-1793
           Email: Sara.Levine@usdoj.gov