ELGIN MEDICAL CENTER

2850 HIGHWAY 101

ROGERSVILLE, AL 35652

256-247-5792

To Whom It May Concern:

Mr Bryan Smith is a patient of mine who is currently being treated under a comprehensive plan of care for sudden onset bilateral lower extremity swelling and cellulitis.

This condition has responded poorly to treatment and has required multiple office visits and also visits to the hospital.

Mr Smith is currently negative for DVT, however, long distance travel and periods of inactivity could result in clot formation.

It is my professional opinion that absence of reasonable accommodation for the avoidance of these factors could result in the worsening of his current condition.

If there are any questions, please do feel free to contact me at the above number.

Respectfully,

*M Ramsey, CRNP*

Marissa Ramsey, CRNP