UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATES OF AMERICA,
Plaintiff
v.                                             Case No. 1:23-cr-00071-RDM
BRYAN SHAWN SMITH
Defendant.

DEFENDANTS' NOTICE OF SUZZANNE MONK, HYBRID LAY/EXPERT WITNESS REGARDING THE LOCAL AND INTERSTATE ECONOMY AND COMMERCE BEFORE, DURING, AND AFTER JAN. 6

 COMES NOW the defendant, with this Notice of Defense expert Suzzanne Monk, who will testify as both a lay witness and expert witness regarding the interstate commerce and local economy of D.C. before, during, and after January 6.  Ms. Monk's testimony is necessary to address and confront the government's false claim that the January 6 episode was a civil disorder that harmed commerce, as pursuant to 18 U.S.C. Section 231.

 Ms. Monk is a long-time D.C. resident who has witnessed the commercial state of the District of Columbia (and surrounding areas) personally over the past 7 years.  She is a witness to economic conditions and facts before, during, and after January 6, 2021.  She was also a community leader in efforts to reopen DC's commercial activity throughout the COVID-19 lockdowns and related suppressions of commerce of 2020 and 2021.  As such, she personally observed, witnessed, and compiled extensive research regarding the state of DC's commercial activity throughout the period.  Her background, research and analysis regarding these commercial facts qualifies her as an expert witness, as well as a fact witness.

 Federal Rule of Evidence 702 provides that: A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case.

# DECLARATION OF SUZZANNE MONK

1. My name is Suzzanne Monk, and I am a resident of the District of Columbia.
2. I am the Founder and Chair of ReOpen America PAC (March 2020 -present).

3. In this capacity I spoke nationwide and did numerous local, national and international media interviews discussing the financial impact of COVID mandates on the public both short and long term.
4. I additionally spent considerable hours studying DC's business and commercial activity and the state of commerce in and around the District from 2020 to the present, as well as the recent history of commerce in the District..
5. In my capacity as the head of the ReOpen DC chapter of my national ReOpen America organization, I coordinated multiple rallies and press events addressing the impact, both financial and physical, of the DC COVID mandates and policies, and the long term financial damage created by the shutdowns and business restrictions
6. I hold a Bachelors of Science from DePaul University where I studied statistical analysis of data collection testing. I also attended the University of Chicago for Masters study in social sciences.
7. My curriculum vitae is attached.
8. Much of my research focused on the role that DC's government regulations and market disruptions have on the commercial viability of DC.
9. As a social scientist I also have studied political and social movements and civil disorders and their long and short term impact on the public..
10. I have been contacted by defense attorneys associated with the John Pierce Law (JPL) group regarding the impact of the rallies, demonstrations and riots on January 6, 2021 on the District of Columbia's commerce and economy.
11. The JPL lawyers and staff provided a number of materials, including economic reports, videos and other information, for my review.
12. Additionally, I have looked at other materials, information and data.
13. Much of my review in this case pertains to the application of a federal statute, **18 U.S.C. Section 231**, to the demonstrations on January 6 ("J6").
14. **THE JANUARY 6 CIVIL DISORDER WAS MARKEDLY DIFFERENT FROM OTHER NOTEWORTHY CIVIL DISORDERS IN THAT ALMOST NO PRIVATE COMMERCE WAS DIRECTLY ADVERSELY IMPACTED.** In fact, there was significant POSITIVE economic impact over the week of January 3-10, 2021 directly due to the increase of visitors to DC to attend the scheduled and permitted events of January 5th and 6th, which helped to reverse the trend of economic decline created by the lockdown policies implemented by DC Mayor Muriel Bowser, in several of DC's major economic industries, namely the hotel, restaurant and other tourism related businesses.
15. It is well known that L'Enfant and other designers of historic Washington D.C. and the National Mall area sought to create an area for the public dedicated to memorializing the history of our nation and its principles, as seen in many works of magnificent Greco-Roman architecture, extensive marble structures and ornate statues.
16. To this purpose, these designers did not provide areas for commercial restaurant dining, convenience stores, or other shopping.  Consequently, tourists and visitors to the National Mall and US Capitol area must generally resort to food trucks or restaurants <u>blocks away to find food or other commerce.</u>.

17. This feature of D.C.'s downtown area that includes the White House, the National Mall and the US Capitol and Supreme Court locations as well as Congressional offices make the area distinct from other areas in DC where there have been extensive protests in recent years.
18. The January 6 protest was confined mostly to *public areas where there was little or no commercial space or activity*.
19. Unlike the protests in DC throughout 2020 that saw businesses looted, cars burned, private and government property destroyed and other harms throughout the District, the January 6th protests were unique in that no damage was caused to businesses or private property. The harms—such as they were and minimal in comparison—*were entirely within governmental monument and legislative meeting/office spaces.*
20. This fact sets the January 6 protests apart from almost every other major civil disorder in recent memory.  <u>The J6 protestors caused no commercial harm to speak of and in fact provided a much needed boost in tourism revenue to the District.</u>
21. **BUSINESSES THAT SUFFERED FINANCIAL LOSSES DID SO BECAUSE OF GOVERNMENT-IMPOSED CURFEWS AND EDICTS RATHER THAN J6 DEMONSTRATORS**
22. In the weeks before January 6th, 2021, Mayor Bowser had reinstated DC's indoor dining ban, limiting restaurants to take out service only. Many restaurants could not cover operating costs with only take out customers, and as such chose to close fully rather than lose money operating under the mayor's orders.  Only so-called "essential businesses" such as grocery stores were allowed to operate at full capacity during these imposed restrictions.
23. The few D.C. businesses that were open during these COVID restrictions during January 2021 did suffer some brief economic harm that day (Jan. 6, 2021) <u>*due to the curfew orde*</u>r imposed by Mayor Bowser's office on January 6th that compelled these businesses to close early in order to comply with the curfew, causing them to lose business and the revenue during those hours lost to the Mayor's curfew..
24. In fact, data suggests that such businesses *would have had greater than normal* profits that day but for the curfew order.
25. **DATA, INFORMATION, AND EVIDENCE REVIEWED**
26. In conjunction with defense attorneys, I reviewed the following evidence, data research, and materials:
27. **A**. For this case I reviewed news headlines regarding any damage or negative impacts to local businesses stemming from the events of January 6.
28. **B**. For this case I have also reviewed over 40 hours of video footage of January 6 disturbances and demonstrations.
29. **C.** I have found no news article or report indicating that any retail store or business suffered property damage by January 6 "rioters".  To my knowledge there were no reports of commercial break-ins, arsons, or looting of any businesses in DC relating to the Jan. 6 events or caused by attendees of the events of January 5th and 6th, 2021..
30. **D.** I also reviewed announcements, directives and orders by Mayor Bowser's office on and around January 6.

31. **E.** I also reviewed and studied a report produced by the STR firm entitled "Washington, DC Metro and CBD Hotel Industry Performance" (2022).
32. **F.** I also reviewed data tables produced by the Department of Justice in J6 cases.  These tables were provided to me by the JPL group.
33. **G.** Additionally, I reviewed the press release by Mayor Bowser's office on Sunday, Jan. 3, 2021 entitled "Mayor Bowser Continues Preparation for Upcoming First Amendment Demonstrations."
34. **I.** Additionally, I reviewed Mayor Bowser's tweets in the days before and during January 6, as well as other official statements by the DC government regarding parking restrictions and other resident advisory statements.
35. **THE JANUARY 6 PROTESTORS AND PARTICIPANTS BROUGHT SIGNIFICANT FUNDS AND RESOURCES TO DC.**
36. I reviewed materials published and promoted by event organizers on January 6, 2021.
37. One document I reviewed was a "MAGA Rally Map Guide" published by an activist named Mercedes S.
38. I myself am listed as an official speaker in the Map Guide.
39. 
40. The MAGA Rally Map Guide is known to have circulated widely among participants at the January 6 events and demonstrations.  Several Jan. 6 defendants have testified that they read and relied upon the Map Guide.  Many participants downloaded the Guide on their phones or shared the online link.
41. Significantly the Map Guide directed Jan. 6 participants to bring money from out of the District and **spend money in the District**.  This direction was prominently displayed on the second page of the Map Guide:
42.

43. These facts point to at least 'circumstantial' evidence that leading up to the events of Jan. 6,the many Trump supporters (and likely Jan. 6 demonstrators) who visited the District <u>were a net benefit to the DC economy during the week of January 3-10, 2021.</u>
44. **DC'S HOTEL AND TOURIST INDUSTRIES OVERPERFORMED AND WERE EXCEPTIONALLY PROFITABLE DURING THE WEEK SURROUNDING THE JANUARY 6 EVENT.**
45. The STR report provides a basic collection of hotel and tourist industry data information comparing Washington, D.C. with other locations between 2020 and 2023.
46. Founded in 1985, STR provides premium data benchmarking, analytics and marketplace insights for the global hospitality industry, according to STR's website ([About STR | Confidential, Accurate and Actionable Data Benchmarking](#)). STR is a division of CoStar Group, Inc. (NASDAQ: CSGP), a leading provider of online real estate marketplaces, information and analytics in the commercial and residential property markets.
47. The STR report, "Washington, DC Metro and CBD Hotel Industry Performance" (2022) summarized hotel occupation and revenue data from Washington D.C.'s hotel industry between 2020 and 2022.  The data does not indicate a financial loss to these industries over the month of January 2021, and the data trends show no indication of harm to these industries during or following the events of January 6th, 2021.
48. Actually, the D.C. hotel industry *performed better* in January 2021 than in either the months preceding or the months following.
49. In my opinion, research and expertise, I have determined that the arrival of tens of thousands of tourists and rally attendees on January 6, 2021 almost certainly lifted the profits of retail stores, bars and restaurants in the District of Columbia, both in the areas around the National Mall and throughout the District.  This increase in revenue likely also extended into the surrounding areas of Virginia and Maryland, thus providing a net financial benefit to not only the District, but the DMV region.
50. In fact, Jan. 2021's revenues-per-available-room were actually *the highest* (or tied for highest) for any month until December 2021.  All but two of the following 14 months actually had lower revenues per-available-room in the DC Metro Market.



51.
52. A similar story can be told about D.C.'s hotel occupancy rates. January 2021's hotel occupancy rates were above 40%; *the highest in almost a year and for several months after*.



53.
54. It is reasonable to attribute January 2021's high occupancies and revenues in the DC hotel industry to the presence of tens of thousands of Trump supporters who came to the region around January 6. It cannot be doubted that many of the Trump supporters who occupied those rooms and lifted the revenues and profits of DC's hotel industry were themselves J6 demonstrators who were on Capitol Hill on Jan. 6th.
55. Jan 2021 marked the highest monthly occupancy for DC's hotel industry since the start of COVID related restrictions in March of 2020 and in the 14 months following the start of those COVID restrictions. This clearly shows that the hotel industry was suffering greatly for nearly a year prior to January 6th, 2021 due to the government mandates imposed in March/April of 2020.
56. Thus, it is certain that the J6ers <u>*improved*</u> the economy, resources, and profitability of DC Metro-area hotels that had experienced significant losses due to COVID related mandates in the year prior.

57. The specific positive impact of J6ers on the DC economy in January 2021 can be seen in STR's graph entitled, "Strong events calendar pushes group demand recovery in line w/transient":



58.
59. As this graph establishes, DC hotel group demand spiked sharply in January 2021.  This was obviously driven by the large number of Trump-supporting J6ers who came to the DC region in January. The J6ers' spending catapulted DC's hotel industry into levels of profitability not seen since the previous year.  In fact, it was *only the presence* of the J6ers in January 2021 that brought DC's hotel demand back to pre-pandemic levels.
60. Thus, quite ironically, the J6 rallies, demonstrations, and riots *greatly improved the commercial and economic health of the District,* compensating for losses incurred during the prior year of COVID related restrictions.
61. **SAFEWAY "LOSSES"**
62. The JPL group provided me with data tables submitted by the U.S. Department of Justice in several January 6-related criminal cases.  This data purports to be Safeway profit/loss data stemming from DC Safeway stores on January 5, 6, and 7.
63. The data sheet shows that all of DC's listed Safeway stores suffered lower-than-projected sales (as a percentage, compared to the same date the previous year) on January 6, 2021.

| Total Non-Fuel | | | | | | SAFEWAY |
|---|---|---|---|---|---|---|
| **WEDNESDAY 1/6/21** | Actual Total $ | Actual ID*% | Projected Total $ | Projected ID% | $ vs Projected | ID% vs Projected |
| #1276 Piney Branch | | -13.81% | | 14.45% | | -28.26% |
| #2808 Petworth | | -31.56% | | -3.62% | | -27.94% |
| #2912 Georgetown | | -46.98% | | -10.98% | | -36.00% |
| #4202 Columbia Road | | -25.38% | | 2.02% | | -27.41% |
| #4832 Connecticut Ave | | -31.96% | | 5.96% | | -37.92% |
| #0923 Corcoran Street | | -56.39% | | -8.84% | | -47.55% |
| #1177 East Riverside | | -39.09% | | -13.90% | | -25.19% |
| #1445 Alabama Ave | | -30.10% | | -8.84% | | -21.26% |
| #2737 City Vista | | -52.00% | | -16.39% | | -35.61% |
| #2892 Waterfront | | -49.30% | | -24.16% | | -25.14% |
| #3217 Capitol Hill | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| #4270 Hechinger Mall | | -30.10% | | -11.30% | | -18.80% |

*ID = identical same store sales, same day 52 weeks apart

64.
65. From this presented data sheet (right column), the DC Safeway stores experienced lower sales than projected, ranging from 18.8% below projections at the Hechinger Mall store to 47.55% below projections at the Corcoran Street Safeway store.
66. This compares to sales data at the same stores from the previous day, January 5th, 2021. The DOJ has provided a sheet with those data:

| Total Non-Fuel | | | | | | SAFEWAY |
|---|---|---|---|---|---|---|
| **TUESDAY 1/5/21** | Actual Total $ | Actual ID*% | Projected Total $ | Projected ID% | $ vs Projected | ID% vs Projected |
| #1276 Piney Branch | | 17.75% | | 14.95% | | 2.80% |
| #2808 Petworth | | 8.21% | | 5.00% | | 3.21% |
| #2912 Georgetown | | -10.04% | | -3.01% | | -7.04% |
| #4202 Columbia Road | | 4.37% | | 1.29% | | 3.08% |
| #4832 Connecticut Ave | | -17.38% | | -1.05% | | -16.33% |
| #0923 Corcoran Street | | -17.27% | | -1.60% | | -15.67% |
| #1177 East Riverside | | -13.94% | | -10.07% | | -3.87% |
| #1445 Alabama Ave | | 9.12% | | -15.08% | | 24.20% |
| #2737 City Vista | | -6.64% | | -5.98% | | -0.66% |
| #2892 Waterfront | | -20.77% | | -24.23% | | 3.46% |
| #3217 Capitol Hill | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| #4270 Hechinger Mall | | -1.28% | | -4.20% | | 2.92% |

*ID = identical same store sales, same day 52 weeks apart

67.
68. The Jan. 5 data show a mixed bag of sales percentages compared to the same date the previous year. Six of eleven stores reported sales above projections; and five of eleven reported below-projected percentages.
69. In all, the eleven listed Safeway stores reported an average percentage that was just 0.29 % (29/100ths of 1%) above projections from the previous year.
70. The DOJ also provided data from the same stores on the 7th—the day after the Capitol riots.

| THURSDAY 1/7/21 | Actual Total $ | Actual ID*% | Projected Total $ | Projected ID% | $ vs Projected | ID% vs Projected |
|---|---|---|---|---|---|---|
| #1276 Piney Branch | | 42.89% | | 23.43% | | 19.46% |
| #2808 Petworth | | 17.93% | | 10.04% | | 7.89% |
| #2912 Georgetown | | 13.16% | | 8.15% | | 5.02% |
| #4202 Columbia Road | | 12.59% | | -6.49% | | 19.08% |
| #4832 Connecticut Ave | | -3.43% | | -4.82% | | 1.39% |
| #0923 Corcoran Street | | 4.27% | | 2.31% | | 1.96% |
| #1177 East Riverside | | 27.17% | | 3.53% | | 23.64% |
| #1445 Alabama Ave | | 21.50% | | 4.44% | | 17.07% |
| #2737 City Vista | | -9.74% | | -15.39% | | 5.65% |
| #2892 Waterfront | | -3.47% | | -25.32% | | 21.84% |
| #3217 Capitol Hill | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| #4270 Hechinger Mall | | 29.55% | | 0.87% | | 28.67% |

71. *ID = identical same store sales, same day 52 weeks apart
72. This data shows that, unlike the day before the protests, the day following January 6 saw every listed Safeway store in the city post above-projected sales.
73. These above-projected sales ranged from 1.96% above projections at the Corcoran Street Safeway store to 28.67% above projections at the Hechinger Mall store.
74. The average of the posted percentages was 13.8% above projections on Jan. 7, 2021.
75. This percentage for Jan. 7 is *47.6 times greater* than the percentage for January 5.
76. This means that shoppers returned to DC Safeway stores in droves on the day after the Jan. 6 protests.  Many shoppers who couldn't get their groceries at the stores on Jan. 6 due to road closures or curfews *simply made their purchases the following day.*
77. **MAYOR BOWSER'S CURFEW, NO-PARKING AND STAY-AWAY ORDERS BEFORE, DURING, AND AFTER JAN. 6**
78. After analysis of the above mentioned data, it appears that alleged losses to businesses blamed on the January 6th protests are NOT due to the events on the National Mall and at the US Capitol on Jan 6, but were actually <u>caused by other factors</u>, namely the restrictions imposed by Mayor Bowser both prior to and during January 6th.
79. These restrictions included the Mayor's citywide curfew which impacted business across the District, not merely in the National Mall area. Around 2:31 p.m. on January 6, D.C.'s mayor, Muriel Bowser issued a curfew order *forcing businesses to close their doors* at 6 pm regardless of proximity to the Capitol events.:
80. 

81.
82. I am not privy to internal company data that might indicate whether Safeway sales are generally lower or greater at different hours of the day. But many grocery stores generally experience greater-than-average sales in the late afternoons and evenings as people stop for groceries on their way home from work.
83. D.C. Safeway stores generally close at 10 pm, 11 pm, or 12 pm on weeknights, according to the company's website https://local.safeway.com/safeway/dc/washington.html .
84. Thus, Mayor Bowser's curfew order was almost certainly responsible for the lost sales revenue at these Safeway stores on the afternoon and evening of January 6, 2021.
85. Pursuant to Mayor Bowser's imposed curfew, the Safeway stores were ordered to close for <u>four to six hours</u> of their previously scheduled 18-or-so hour daily schedules. Thus mathematically one would **expect** to see sales losses of approximately one-third for January 6, at a minimum, if not greater losses based on the time of day the restrictions forced closure such as during peak business hours.
86. However, as the data shows, actual sales losses for January 6 were **lower** than the (33.3%) expectation. The stores averaged just 30.1% lower than projections. (Again, it is critical to note that those stores substantially recovered their lost sales due to the Mayor's curfew over the following day and/or days.)
87. **MAYOR BOWSER'S EFFORTS TO DECREASE COMMERCIAL ACTIVITY PRIOR TO JANUARY 6**
88. In addition to the Mayor's curfew on January 6, the Mayor had also sent out public directives designed to dampen commercial activity in DC in the days that preceded Jan. 6.
89. For example, on January 3, 2021, the Mayor's office tweeted and posted directives for D.C. businesses to close their doors to Trump supporters or to not shop in downtown DC around Jan. 6:.



90.

91. In addition to directing DC residents to "not engage" with Trump supporters visiting the city, the Mayor's office ordered dozens of commercial streets and parking areas to close in commercial areas of the city.



Muriel Bowser
Mayor

Mayor Bowser Continues Preparation for Upcoming First Amendment Demonstrations

92. Sunday, January 3, 2021

93. The Mayor's office ordered dozens of streets closed to parking.  The screenshot snippet below is just a tiny portion of the Mayor's list of parking closures ordered on Jan. 3:

94.

> Emergency No Parking - **Tuesday, January 5, 2021 and Wednesday, January 6, 2021 at 12:01 am to 11:59 pm**:
> - Constitution Avenue from Pennsylvania Avenue, NW to 18th Street, NW
> - Pennsylvania Avenue from 3rd Street, NW to 18th Street, NW
> - E Street from 9th Street, NW to 15th Street, NW
> - F Street from 12th Street, NW to 15th Street, NW
> - G Street from 12th Street, NW to 15th Street, NW
> - I Street from 9th Street, NW to 15th Street, NW
> - I Street from 17th Street, NW to 18th Street, NW
> - H Street from 9th Street, NW to 15th Street, NW
> - H Street from 17th Street, NW to 18th Street, NW
> - K Street from 9th Street, NW to 18th Street, NW
> - New York Avenue from 9th Street, NW to 15th Street, NW
> - 17th Street from Constitution Avenue, NW to L Street, NW
> - (west side of Farragut Square)
> - 15th Street from Constitution Avenue, NW to L Street, NW
> - (east side of McPherson Square)

95. Mayor Bowser went so far as to direct that DC residents "stay away" from downtown areas on January 5 and 6—before any civil disorder could be said to have existed, in addition to blocking all vehicle traffic to a large downtown area around the White House, National Mall and US Capitol making any commercial activity in that designated zone next to impossible during the days of parking restrictions and road closures.

96. 

97. These directives almost certainly had a negative effect on commerce around the US Capitol and National Mall areas.  These directives were issued <u>prior to any civil disturbances on January 6</u> preemptively by the mayor, and thus any negative impact experienced by the hundreds of businesses affected by the Mayor's directives was caused <u>BY THOSE DIRECTIVES</u> and not by J6ers or any civil disorder.

98. As shown by the hotel industry data described above, *the J6ers had a positive effect on commerce* in the city.  In contrast, Mayor Bowser's orders and commands were responsible for decreased commerce in the City.  The Mayor's directives to "stay out of the downtown area" <u>preceded any civil disorders</u>.  Thus, Mayor Bowser's pre-J6 directives must be said to have been unnecessary, and not caused by the J6ers or by any protest attendees in the District for the events around January 6th, 2021.

99. I am attaching relevant exhibits to this declaration.  I can be reached regarding this declaration at the contact information described in my curriculum vitae.

100.   Signed /s/ <u>Suzzanne Monk</u>    Dated 4/24/2024