# Suzzanne Monk     *Political Activist/Author*

Suzzanne Monk is a political activist and author living in Washington, DC.   She is the chair of Patriot Action PAC, a registered FEC superPAC focused on engaging citizens in political engagement with their elected representatives beyond the voting booth. She also is founder and chair of ReOpen America PAC. Launched at the start of the COVID shutdowns, ReOpen America PAC sought to encourage sound reopening policies and government accountability during the COVID mandates.   She has authored 3 books on the subject of political activism, as well as a website on DC Home Rule.

## *Activism Experience*

**Patriot Action PAC Chair** (2017-present)

- Operation Yellow Ribbon - Campaign to raise awareness of the January 6th defendants to Congress.   (Jan 2023-November 2023)

- Operation No Nuke - Phone and email campaign to encourage Democrat Congress members to pressure President Biden to reduce the talk of nuclear war with Russia. (Fall 2022)

- DC Detention Center Home Rule Initative - Campaign to address poor conditions in the DC jail using Home Rule, resulting in multiple visits from members of Congress and improvements being made to the facility. (Spring/Summer 2021)

- DC Home Rule Project - Developed an educational program for residents of DC, laypersons, journalists, and members of Congress to understand the practical implications and applications of the DC Home Rule Act. (ongoing)

**ReOpen America PAC Founder and Chair** (March 2020 -present)

- ReOpen America - Nationwide speaking engagements and media interviews discussing the financial impact of COVID mandates on the public both short and long term, and demanding sound strategies by state and local governments to mitigate these negative effects.

- ReOpen DC - Organized multiple rallies and press events addressing the impact, both financial and physical, of the DC COVID mandates and policies, and the long term financial damage created by the shutdowns.

## *Background*

Ms. Monk holds a Bachelors of Science from DePaul University where she studied statistical analysis of data collection testing.   She attended the University of Chicago for Masters study in social sciences while living in Chicago for 27 years, where she was politically active in both the Chicago Tea Party chapter and a registered member of the NAACP, as well as other community activism projects.   As an author and former comedian, Ms. Monk has spoken to many organizations, rallies and events addressing political issues and how citizens can become more active.

Suzzanne is a subject matter expert on the DC Home Rule Act, has taught a course on DC Home Rule at the Leadership Institute, and is the author of DCHomeRule.com.    She   lives in Washington, DC, with her husband of 28 years.