UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   *Plaintiff*

v.                                                   Case No. 1:23-cr-00071-RDM

BRYAN SHAWN SMITH

   *Defendant.*

## DEFENDANT BRYAN SHAWN SMITH'S UNOPPOSED MOTION FOR A BENCH TRIAL

Comes Now Bryan Shawn Smith, ("Defendant"), by and through underwritten counsel, with this Motion for a bench trial in this proceeding pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure. Defendant requests that no jury be impaneled and that he be tried by the Court. Counsel requests the Court establish on the record that this is a knowing, intelligent and voluntary waiver by Defendant prior to proceeding with trial. Defendant previously made an election to take this proceeding to a jury trial, but upon reflection has ultimately decided to proceed to a bench trial. Some courts require a relatively short pretrial memorandum that summarizes proposed findings of fact and conclusions of law. If such a filing is required in this jurisdiction, Defendant is ready and willing to submit one. Again, Defendant is aware that his motion for a bench trial simultaneously constitutes a waiver of his jury right. Counsel for Defendant conferred with the government on this request for a bench trial by email on April 30, 2024, and they do not oppose.

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully Submitted, |
| | /s/ John M. Pierce |
| | John M. Pierce |
| | John Pierce Law, P.C. |
| | 2550 Oxnard Street |
| | 3rd Floor, PMB# 172 |
| | Woodlands, Hills, CA 91367 |
| | jpierce@johnpiercelaw.com |
| | (213) 279-7648 |
| | *Attorney for Defendant.* |

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 30, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce

John M. Pierce