Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA
vs.
Bryan Shawn Smyth

Civil/Criminal No. 23-CR-71
5/31/24 Hrg.

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Video @ School | ✓ | ✓ | Lee | |
| 2 | Screen Shot | ✓ | ✓ | Lee | |