UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Case No.: 1:23-CR00071-RDM

BRYAN S. SMITH,

Defendant.

### DEFENDANT'S MOTION FOR CONTINUANCE FOR SENTENCING AND SUBMISSION OF THE PRE-SENTENCE REPORT

Defendant Bryan Shawn Smith ("Smith"), by and through his undersigned counsel, hereby moves this court for a continuance and new date for his sentencing and submission of his pre-sentence investigation report. The sentencing date was originally scheduled to be on June 6th but it was rescheduled. The new date would be early August 2024.

Plaintiff initially confirmed with counsel that the pre-sentence interview with Probation Officer Sherry B. Baker would be on June 25th at 1:00pm. Counsel then had to reschedule the interview due to a flight to see another client. The interview was tentatively rescheduled for July 9th but Mr. Smith has a cardiologist appointment on that day.

Date: July 6, 2024                                Respectfully Submitted,

/s/ John M. Pierce
John M. Pierce
John Pierce Law, P.C.
2550 Oxnard Street
3rd Floor, PMB #172
Woodlands, Hills, CA 91367
jpierce@johnpiercelaw.com
(213) 279 – 7648

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, July 6, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

<u>/s/ John M. Pierce</u>
John M. Pierce