# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:23-CR00071-RDM |
| v. : | |
| : | |
| BRYAN SHAWN SMITH, : | |
| : | |
| Defendant. : | |

## UNITED STATES' RESPONSE TO THE DEFENDANT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned attorney, respectfully requests the Court retain the sentencing date scheduled for August 20, 2024. On May 10, 2024, the Court found the defendant guilty of crimes related to his activity at the United States Capitol on January 6, 2021. (Minute Entry, May 10, 2024). The Court immediately scheduled sentencing proceedings for August 20, 2024. (*See Id.*). In his motion, the defendant erroneously cites June 6, 2024, as the originally scheduled sentencing date and requests a new date in August 2024. (ECF 96) Therefore, the August 20, 2024, sentencing date renders the defendant's request moot.

                         Respectfully submitted,
                         MATTHEW M. GRAVES
                         United States Attorney
                         DC Bar No. 481052

By:    /s/ *Eli J. Ross*
        Eli J. Ross
        Assistant United States Attorney
        IL Bar No. 6321411
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 297-1515
        Email: Eli.Ross@usdoj.gov

/s/ *Sara Levine*
Sara E. Levine
Assistant United States Attorney
VA Bar No. 98972
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1793
Email: Sara.Levine@usdoj.gov