IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Complainant  -v-  **BRYAN SHAWN SMITH,**  Defendant. | Criminal No.: 1:23-cr-00071-RDM  **MOTION TO WITHDRAW** |

Counsel for Defendant Bryan Shawn Smith, John M. Pierce & Roger Roots, hereby moves to withdraw from this case.

Mr. Smith has indicated that he is terminating the representation. Thus, this is a mandatory withdrawal motion pursuant to the applicable ethical rules.

In addition, while counsel continues to believe Smith is being wrongfully convicted and is completely innocent of these charges, there have been and continue to be issues regarding communication between counsel and Smith that leads counsel to agree with Smith that a change in counsel is in his best interest.

Date: July 09, 2024

Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB #172
Woodlands, Hills, CA 91367
jpierce@johnpiercelaw.com
(662) 665– 1061

1

*Attorney for Defendant*

Respectfully Submitted,

<u>*/s/ Roger I. Roots*</u>
Roger I. Roots
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB #172
Woodlands, Hills, CA 91367
[rroots@johnpiercelaw.com](rroots@johnpiercelaw.com)
(662) 665– 1061
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I uploaded this document to the Court's electronic filing system, which thereby serves all parties.

<u>*/s/ Roger I. Roots*</u>
Roger I. Roots