# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| V. | § CASE NO.: 1-23-CR-71 |
| BRYAN SMITH | § |

## MOTION TO WITHDRAW

Counsel for Defendant Bryan Shawn Smith, ANTHONY SABATINI hereby moves to withdraw from this case. Mr. Smith has terminated representation.

DATED: 7-16-2024.

    Respectfully submitted.

    /s/ ANTHONY F. SABATINI
    FL Bar No. 1018163
    anthony@sabatinilegal.com
    SABATINI LAW FIRM, P.A.
    411 N DONNELLY ST, STE #313
    MOUNT DORA, FL 32757
    T: (352)-455-2928

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

    /s/ Anthony F. Sabatini

1