UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | No. 1:23-cr-00071-RDM |
| ) | |
| BRYAN SHAWN SMITH, ) | |
| ) | |
| Defendant ) | |
| ) | |

## Counsel's Motion to Convert Hearing to Zoom

Comes Now, Counsel requests that the status hearing set for 07/23/2024 at 2:00 PM in Courtroom 8 be converted to a Zoom, as Client is incarcerated and has no ability to pay Counsel for their time or travel. Counsel has already incurred a massive amount of unpaid/unreimbursed fees and costs for the dozens of January 6th defendants his firm represents. It is becoming increasingly financially unviable for Counsel to continue to do so, especially other than for trials or felony sentencings. In light of this and that Counsel has already filed a motion to withdraw at the request of Defendant, Counsel respectfully requests this appearance be permitted by Zoom.

Dated: July 20, 2024                                                               Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

*/s/ Roger I. Roots*
Roger I. Roots
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (662) 665-1061
Email: rroots@johnpiercelaw.com

1

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, July 20, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce