











## **ATTACHMENT B**



ELGIN MEDICAL CENTER
2850 HIGHWAY 101
ROGERSVILLE, AL 35652
256-247-5792

To Whom It May Concern:

Mr Bryan Smith is a patient of mine who is currently being treated under a comprehensive plan of care for sudden onset bilateral lower extremity swelling and cellulitis.

This condition has responded poorly to treatment and has required multiple office visits and also visits to the hospital.

Mr Smith is currently negative for DVT, however, long distance travel and periods of inactivity could result in clot formation.

It is my professional opinion that absence of reasonable accommodation for the avoidance of these factors could result in the worsening of his current condition.

If there are any questions, please do feel free to contact me at the above number.

Respectfully,

Marissa Ramsey, CRNP    4/24/24

From: Laura Smith <lm████@outlook.com>
Sent: Monday, May 13, 2024 11:48
To: etha████g@alnp.uscourts.gov <eth████e@alnp.uscourts.gov>
Subject: Fwd: Medical Notes - Bryan Smith

Ethan,

See attached.

Laura Smith

Subject: Notes



**Attachment C**

ELGIN MEDICAL CENTER

2850 HIGHWAY 101

ROGERSVILLE, AL 35652

256-247-5792

5/15/24

To Whom It Mat Concern:

    Mr Bryan Smith (DOB ████████6) is a patient of mine that is currently experiencing some sudden onset and fluctuating lower extremity edema. This has been ongoing since April 2024 and has required multiple visits and testing, including ER visits. He has been referred to specialty and is awaiting appointments.

    At present, we do not have a definitive diagnosis, and are awaiting further investigation and treatment. The condition is persistent and difficult to predict, and causes significant swelling to both lower extremities.

    If I can be of further assistance, please don't hesitate to contact me.

Respectfully,

*Marissa Ramsey* CRNP

Marissa Ramsey, CRNP