ELGIN MEDICAL CENTER

2850 HIGHWAY 101

ROGERSVILLE, AL 35652

256-247-5792

5/15/24

To Whom It May Concern:

Mr Bryan Smith (DOB ██████6) is a patient of mine that is currently experiencing some sudden onset and fluctuating lower extremity edema. This has been ongoing since April 2024 and has required multiple visits and testing, including ER visits. He has been referred to specialty and is awaiting appointments.

At present, we do not have a definitive diagnosis, and are awaiting further investigation and treatment. The condition is persistent and difficult to predict, and causes significant swelling to both lower extremities.

If I can be of further assistance, please don't hesitate to contact me.

Respectfully,

*Marissa Ramsey, CRNP*

Marissa Ramsey, CRNP