

28 July 2024

**LETTER OF INTENT TO HIRE**

To Whom It May Concern:

    This letter represents confirmation of the intent to employ Mr. Bryan Smith. Mr. Smith was a previous employee of Valentina's Pizzeria & Wine Bar. Mr. Smith would be considered a part time employee starting immediately working an estimated 25 hours per week. Mr. Smith's education, talents, and work ethic brings an exceptional value to our team that we look forward to having again.

    If there should be any questions or concerns, you can reach out to myself at joe@valentinaspizzeria.com or (203)770-3488 or my GM, Camryn Suggs, at camryn@valentinaspizzeria.com or (256)503-9713.

Joe Carlucci
Owner