**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:23-CR00071-RDM** |
| v. | : | |
| | : | |
| **BRYAN SHAWN SMITH,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE REGARDING THE DEFENDANT'S MEDICAL TREATMENT AND CONDITIONS**

The Government provides the following notice in response to the Court's order to provide information relevant to the defendant's current medical conditions and treatment. Immediately following a hearing on the defendant's motion for reconsideration of the order of detention pending sentencing, the government contacted the District of Columbia Department of Corrections (DOC) and United Sates Marshall Service (USMS) for information responsive to the Court's request. Specifically, the government sought additional information regarding the defendant's current medical condition and his ability to receive medical treatment in confinement. The DOC and USMS advised they will review the matter – including all relevant records and requests by the defendant for treatment – and provide an update to the Court. However, the USMS represented that a preliminary review shows a history of consistent medical care provided to the defendant since the Court's order of detention pending sentencing.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

/s/ *Sara Levine*
Sara E. Levine
Assistant United States Attorney
VA Bar No. 98972
U.S. Attorney's Office for the District of Columbia

601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1793
Email: Sara.Levine@usdoj.gov