# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:23-CR00071-RDM |
| v. : | |
| : | |
| BRYAN SHAWN SMITH, : | |
| : | |
| Defendant. : | |

## NOTICE REGARDING THE DEFENDANT'S MEDICAL TREATMENT AND CONDITIONS

The Government provides the following additional notice in response to the Court's order to provide additional information relevant to the defendant's current medical conditions and treatment. On August 6, 2024, the defendant appeared on the "J6 Vigil" and discussed his medical condition and treatment.[1] In his appearance, the defendant advised the jail had taken blood for testing, provided medication to reduce swelling, and scheduled a doctor's appointment in the next couple of weeks. The defendant did not mention the scheduled doctor's appointment or medication at the hearing on August 8, 2024.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

/s/ *Sara Levine*
Sara E. Levine
Assistant United States Attorney
VA Bar No. 98972
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.

---

[1] https://www.youtube.com/watch?v=1REl2hJaIHc The defendant's appearance begins at 1:19:09

Washington, D.C. 20530  
Phone: (202) 252-1793  
Email: Sara.Levine@usdoj.gov