# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | CASE NO. 1:23-CR00071-RDM |
| v.   : | |
| : | |
| BRYAN SHAWN SMITH,   : | |
| : | |
| Defendant.   : | |

## MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned attorney, respectfully requests the Court continue sentencing from October 7, 2024, to November 15, 2024. The United States Probation Office for the District of Columbia has been unable to interview the defendant to date and will not have the Pre-Sentence Report complete in advance of the October 7, 2024, sentencing hearing. Therefore, the parties have conferred and request a new sentencing date of November 15, 2024.

        Respectfully submitted,
        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   /s/ *Eli J. Ross*
        Eli J. Ross
        Assistant United States Attorney
        IL Bar No. 6321411
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 297-1515
        Email: Eli.Ross@usdoj.gov